IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.1:06CV1032 |
| | ) | |
| MITCHELL A. BENTON, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

A Default having been entered as to the Defendant, Mitchell A. Benton, in the above-mentioned case, on the 4th day of January, 2007, in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment by default against the Defendant, and having filed a proper affidavit as to the amount due from the Defendant to the Plaintiff;

IT IS ORDERED that the United States of America have and recover from the Defendant, Mitchell A. Benton, the sum of $4,964.73 as principal, $1,648.88 as interest due to October 10, 2006, and $370.00 as costs, together with post judgment interest on the total amount of this judgment at the legal rate of 4.98 percent per annum, computed daily and compounded annually, from entry of this Judgment until paid.

This 10th day of January, 2007.

/s/ John S. Brubaker
CLERK, UNITED STATES DISTRICT COURT